**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1810**

WIDEWATERS VILLAGE COMMUNITY ASSOCIATION, INCORPORATED,

Creditor – Appellant,

v.

STACEY B. HAYWOOD; THEODORE A. HAYWOOD,

Debtors – Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:09-cv-00067-F; 08-06317-8-SWH)

Submitted: September 29, 2011          Decided: October 11, 2011

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson G. Harris, HARRIS & HILTON, P.A., Raleigh, North Carolina, for Appellant. William E. Brewer, Jr., LAW OFFICE OF WILLIAM E. BREWER, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Widewaters Village Community Association, Inc., appeals from the district court's order upholding the bankruptcy court's determination that the Association's claim in the Chapter 13 bankruptcy case of Stacey B. and Theodore A. Haywood was an unsecured claim and its lien may be avoided. Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. Widewaters Village Community Association, Inc. v. Haywood, No. 5:09-cv-00067-F (E.D.N.C. July 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED